# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:15-cr-116 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| RONALD WALLACE (7), | : | |
| | : | |
| Defendant. | : | |

## ORDER OF REASSIGNMENT

The Clerk of Court is hereby **ORDERED** to reassign the case of *United States v. Ronald Wallace* (7), 1:15-cr-116, from the docket of Judge Timothy S. Black to the docket of another Cincinnati-based District Court Judge.

**IT IS SO ORDERED**.

Date:   12/26/2025

*s/Timothy S. Black*
Timothy S. Black
United States District Judge